**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| *In re: KeyBank Customer Data Security Breach Litigation*<br><br>This Document Relates To:<br><br>All Actions | **MDL No. 3056** |

**PROOF OF SERVICE**

I hereby certify that on November 8, 2022, a true and correct copy of the foregoing Partial Response in Opposition was filed electronically and served on all counsel of records via the Court's CM/ECF system.

                                          */s/ Terence R. Coates*
                                          Terence R. Coates (0085579)